IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| J & J Sports Productions Incorporated,<br>          Plaintiff,<br>v.<br>Jeffery Willey,<br>          Defendant. | No. CV-13-02062-TUC-JAS<br><br>**ORDER** |

Pending before the Court is Plaintiff's "motion to alter or amend judgment." *See* Doc. 47. Defendant shall file a response to Plaintiff's motion by no later than 7/10/15. <u>Unless otherwise ordered by the Court, no reply is permitted</u>.

Dated this 3rd day of June, 2015.

Honorable James A. Soto
United States District Judge